**SO ORDERED.**
**SIGNED this 22nd day of October, 2021**



**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.**
**PLEASE SEE DOCKET FOR ENTRY DATE.**

Nicholas W. Whittenburg
**UNITED STATES BANKRUPTCY JUDGE**

_____

# IN THE UNITED STATES BANKRUPTCY COURT

# EASTERN DISTRICT OF TENNESSEE

# SOUTHERN DIVISION

| | | |
|---|---|---|
| **In re:** | ) | Case No.: 16-12927 NWW |
| | ) | |
| **Stephen Neal Roberson,** | ) | Chapter 7 |
| **Johnnie Lynn Roberson** | ) | |
| | ) | |
| Debtor(s) | ) | |

### ORDER

This case is before the court on a motion for a Rule 2004 examination filed by the debtor. Because it appears that the movant is entitled to the relief sought, it is hereby

ORDERED that the motion is granted. The attendance of U.S. Bank Trust National Association, not in its individual capacity but solely as Trustee of Mill City Mortgage Loan Trust 2021-NMR1and for examination and/or for the production of

documents may be compelled as provided in Rules 2004(c) and 9016 of the Federal Rules

of Bankruptcy Procedure.

###

APPROVED:

MARK T. YOUNG & ASSOCIATES

By:    /s/ Mark T. Young
       Mark T. Young                05303
       Attorney for Debtor(s)
       2895 Northpoint Blvd
       Hixson, TN  37343
       (423)  870-5225